**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01688-CV

### MAXIMUSALLIANCE PARTNERS, LLC, Appellant

### V.

### DAN FABER, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16379-H**

## ORDER

We **GRANT** appellees' June 25, 2014 unopposed second motion for an extension of time to file a brief.  Appellees shall file their brief on or before **July 28, 2014**.  We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
JUSTICE